

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00638-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**JASMINE ENGINEERING INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02459
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant has filed a Motion for Emergency Relief to Stay Hearing on Motion for Partial Summary Judgment. We GRANT appellant's emergency motion for emergency relief and ORDER the hearing on the pending motion for partial summary judgment, as well as all other trial court proceedings, stayed until further order of this court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b). We further ORDER appellee to file a written response to appellant's motion for emergency relief in this court within ten (10) days of the date of this order.

It is so **ORDERED** on this 24th day of September, 2019.

PER CURIAM

ATTESTED TO: _____
LUZ ESTRADA,
Chief Deputy Clerk